# UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| BARBARA BROWN,<br>　　　　Plaintiff, | )<br>)<br>) | |
| v. | ) | #1:04CV798 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) | |

## J-U-D-G-M-E-N-T

On November 28, 2005, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action and a copy was given to the court. No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's motion for summary judgment [Pleading no. 15] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Pleading no. 17] be **GRANTED**, that the Commissioner's decision is **AFFIRMED**, and that this action be dismissed with prejudice.

_____
United States District Judge

DATE: January 12th 2006